O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-03823 AHM (MANx) | Date | November 1, 2011 |
|---|---|---|---|
| Title | MALI NACHUM v. M.U.S.A., INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

On October 18, 2011, the Court ordered Plaintiff Nachum to show cause, no later than October 25, 2011, why this case should not be dismissed as to Defendant Benmar Services Inc. and as to Defendant M. USA Inc. for lack of prosecution.  Docket No. 23. The Court noted that the file in this case lacks proof of service with regards to these defendants.

Plaintiff Nachum has failed to respond to the Court's order.  "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  Local Rule 7–12.  Accordingly the Court hereby DISMISSES this action as to Defendant Benmar Services Inc. and as to Defendant M. USA Inc. pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |