O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-03823 AHM (MANx) | Date | November 1, 2011 |
|---|---|---|---|
| Title | MALI NACHUM v. M.U.S.A., INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

Defendant Avi Bienenfeld's motion to compel arbitration and to stay the case as to him is before the Court.[1]  For the reasons set forth below, the Court GRANTS Defendant's motion.

On September 27, 2011 the Court granted Defendants Oren and Darmon's motion to compel arbitration and to stay this case as to them.  Docket No. 16.  In that order, the Court directed the plaintiff and the remaining defendants to show cause as to why this case should not be stayed as to them as well.

In response to this Court's directive, Defendant Bienenfeld filed this motion to compel arbitration and to stay the case as to him as well.  Docket No. 20.  Plaintiff Nachum agrees that the case should be stayed as to Bienenfeld, but her response to the Court did not explain whether she opposes or consents to arbitration.  Docket No. 21.  Accordingly, on October 18, 2011 the Court ordered Plaintiff Nachum to file, no later than October 25, 2011, an agreement to arbitrate her claims against Defendant Bienenfeld or an opposition to Defendant Bienenfeld's motion to compel arbitration.  Docket No. 22.

Plaintiff Nachum has failed to respond to the Court's order.  "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  Local Rule 7–12.  Therefore, the Court GRANTS Defendant Bienenfeld's motion to compel arbitration and to stay this case as to him.

---

[1] Docket No. 20.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-03823 AHM (MANx) | Date | November 1, 2011 |
|---|---|---|---|
| Title | MALI NACHUM v. M.U.S.A., INC., et al. | | |

The Court has stayed or dismissed this case as to all remaining defendants. The case is therefore stayed in its entirety pending the outcome of arbitration.

No hearing is required. Fed. R. Civ. P. 78; Local Rule 7-15.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |